IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEREK ABRAJANO<br>Plaintiff<br><br>vs.<br><br>ACCOUNTS RECEIVABLE<br>MANAGEMENT, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 1:11-cv-03711-RBK-AMD |

## STIPULATION OF DISMISSAL

AND NOW, this 28th day of November, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed without prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Marshall Dennehey Warner Coleman & Goggin

BY: /s/ Andrew M. Schwartz
Andrew M. Schwartz
Attorney for Defendant